IN THE UNITED STATES DISTRICT COURT
FOR THE ___11th___ DISTRICT OF _THE_
___CRIMINAL___ DIVISION
*(Write the District and Division, if any, of the*
*court in which the complaint is filed.)*

FILED BY _____ D.C.

MAY 1 4 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FRANK Winfield BAIN

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint.  If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

MIAMI BEACH Police DEP,
MIAMI DADE Correctional
Facility AND THE STATE of FLORIDA

*(Write the full name of each defendant who is*
*being sued.  If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.  Do not include*
*addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. F16-6452 A

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No
*(check one)*

cat / div 550
Case # _____
Judge _____ Mag. Reid
Motn Ifp (yes) Fee pd $00
Receipt # _____

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name   FRANK Windfield BAIN

All other names by which you have been known:

ID Number   160133663

Current Institution   MIAMI-DADE PRE-TRIAL DET. CEN.

Address   1321 NW 13th St. Miami, FL 33125

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  For an individual defendant, include the person's job
or title (if known) and check whether you are bringing this complaint against them in
their individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1

Name   THE Miami-DADE Correctional

Job or Title   facility
(if known)

Shield Number

Employer

Address   1321 NW 13th St miami-Fl
33125

☐   Individual capacity        ☑   Official capacity

Defendant No. 2

Name   THE Justice Building

2

Job or Title
(if known)                     THE STATE OF FLORIDA
                               (Attorneys office)

Shield Number     _____

Employer          _____

Address           1351 N.W 12th Street, Miami,
                  FL 33125

☐   Individual capacity        ☑   Official capacity

Defendant No. 3

Name              THE MIAMI BEACH POLICE

Job or Title      DEP.
(if known)

Shield Number     _____

Employer          _____

Address           _____

☑   Individual capacity        ☑   Official capacity

Defendant No. 4

Name              _____

Job or Title      _____
(if known)

Shield Number     _____

Employer          _____

Address           _____

☐   Individual capacity        ☐   Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*5th* THE 4th, 6th and 14th Amendment to the United States Constitution and by Article I Section 9 and 12 of the Florida Constitution.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

During my illegal incarceration in violation of the 5,6 and 14 amendments I suffered a slip and fall resulting in admittance to the Hospital, in violation of "Care, custody & Controle" Act.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑     Pretrial detainee

☑     Civilly committed detainee

☐     Immigration detainee



A Co-Δ



1100318168

# COMPLAINT/ARREST AFFIDAVIT

**CBTS NUMBER** 1307310360  
**POLICE CASE NO.** 201600028538

| SPECIAL OPERATION: | [X] FELONY [ ] MISD [ ] WARRANT | [ ] TRAFFIC | [ ] JUV [ ] DV FUGITIVE WARRANT. | [ ] MOVES In State | [ ] CIV INF Out State | JAIL NO. 160133663 | PHMD NO | COURT CASE NO. F16006452 |
|---|---|---|---|---|---|---|---|---|

| IDS NO. 3053013 | AGENCY CODE 002 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. 0000000 | STUDENT ID NO. | GANG RELATED NO | FRAUD RELATED NO |
|---|---|---|---|---|---|---|

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE)** BAIN, FRANK WINFIELD  
**ALIAS and / or STREET NAME**  
**SIGNAL:**

| DOB (MM/DD/YYYY) 12/06/1991 | AGE 24 | RACE B | SEX M | HISPANIC: NO ETHNICITY: AFR | HEIGHT 5'07" | WEIGHT 150 | HAIR COLOR BRO | HAIR LENGTH MED | HAIR STYLE DRE | EYES BRO | GLASSES NO | FACIAL HAIR FUL | TEETH NOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description):**
**PLACE OF BIRTH (City, State/Country)** MIAMI FL US

~~RELEASED UNDER DISCOVERY~~

**LOCAL ADDRESS**  
**PHONE**  
**CITIZENSHIP** US

| PERMANENT ADDRESS (Street, Apt. Number) 20409 NW 27 COURT | (City) MIAMI GARDENS | (State) FL | (Zip) 33056 | PHONE | OCCUPATION UNEMPLOYED |
|---|---|---|---|---|---|

| SCHOOL OR BUSINESS ADDRESS (Street, Apt. Number) | (City) | (State) | (Zip) | PHONE | ADDRESS SOURCE VERBAL |
|---|---|---|---|---|---|

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED NO | Defendant/Concealed Weapon PERMIT NONE | INDICATION OF: Alcohol Influence: U Drug Influence: U |
|---|---|---|---|---|

| ARREST DATE 03/29/2016 | ARREST TIME 01:21 | ARREST LOCATION 1000 BLK OF THE BEACH MIAMI BEACH, FL 33139 | GRID |
|---|---|---|---|

| CO-DEFENDANT NAME 1. ALLEN, ADRIAN | DOB 08/05/1994 | [X] IN CUSTODY [ ] AT LARGE | [X] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|

| CO-DEFENDANT NAME 2. MURILLO, SEBASTIAN | DOB 03/18/1994 | [X] IN CUSTODY [ ] AT LARGE | [X] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|

JUV only | Relation | Name

(A) 3/31/16

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. F/1-ROBBERY/ARMED/FIREARM OR DEADLY WEAPON - PBL | F.S. | 1 | 812.13(2)(A) | F16-6452 | | | N | |
| 2. | | | | | | | | |
| 3. | | | | DIAZ | | | | |
| 4. | | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 29 day of MARCH, 2016, at 01:21 at 1000 BLK OF THE BEACH, MIAMI BEACH, FL 33139

OFFICER AIKEN WAS FLAGGED DOWN BY VICTIM #1 WHO CAME RUNNING TOWARD HIM SCREAMING THAT HE HAD JUST BEEN ROBBED AT GUN POINT BY TWO BLACK MALES. THE VICTIM PROVIDED A BRIEF DESCRIPTION OF LISTED SUBJECT'S AND THAT HE LAST SAW THEM RUNNING SOUTH BOUND FROM 9TH STREET. OFFICER AIKEN RELAYED THE INFORMATION OVER POLICE RADIO.

OFFICERS IMMEDIATELY SATURATED THE AREA. SERGEANT REINA #755 WAS FLAGGED DOWN BY A WITNESS WHO WISHED TO REMAIN ANONYMOUS AT 8TH STREET AND OCEAN DRIVE. THE WITNESS POINTED OUT A BLACK MALE WHO MATCHED THE DESCRIPTION GIVEN BY THE VICTIM AND STATED SHE OBSERVED HIM RUNNING FROM THE BEACH. HE WAS DETAINED AT 8TH ... [Continued on Next Page]

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING, DO NOT BOND OUT (Officer Must Appear at Bond Hearing) | [ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. *Roberto Montesinos* | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 29 DAY OF MARCH, 2016 *M Torres* | [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| MONTESINOS, R: Court ID: 002-06792 | TORRES, M: Court ID: 002-00672 | DNA ON FILE |


1100318168

| OBTS NUMBER<br>1307310360 | **COMPLAINT/ARREST AFFIDAVIT**<br>**CONTINUATION** | | POLICE CASE NO.<br>201600028538 |

| JAIL NO.<br>160133663 | COURT CASE NO.<br>F16006452 |

| SPECIAL<br>OPERATION: | ☒ FELONY ☐ MISD ☐ TRAFFIC ☐ JUV ☐ DV<br>☐ WARRANT   FUGITIVE WARRANT: | MOVES<br>☐ In State | CIV INF<br>☐ Out State | JAIL NO.<br>160133663 | PMHD<br>NO | COURT CASE NO.<br>F16006452 |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE)<br>BAIN, FRANK WINFIELD | | DOB (MM/DD/YYYY)<br>12/06/1991 |

| CO-DEFENDANT NAME | DOB | ☐ IN CUSTODY<br>☐ AT LARGE | ☐ FELONY<br>☐ DV | ☐ JUVENILE<br>☐ MISDEMEANOR |
| CO-DEFENDANT NAME | DOB | ☐ IN CUSTODY<br>☐ AT LARGE | ☐ FELONY<br>☐ DV | ☐ JUVENILE<br>☐ MISDEMEANOR |

| CHARGES | CHARGE<br>AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE<br>OF | UCR | DV | WARRANT TYPE OR<br>TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

STREET AND COLLINS AVENUE BY OFFICER D. ALVAREZ #1102 AND E. GAVALLAS #1084, PENDING FURTHER INVESTIGATION.

VICTIM #1 STATED THAT HE WAS ON THE BEACH IN THE AREA OF 10TH STREET WITH HIS FRIEND VICTIM #2 WHEN THEY WERE APPROACHED BY TWO BLACK MALES. HE DESCRIBED SUBJECT 1 AS A BLACK MALE 20 TO 25 YEARS OF AGE HAVING MEDIUM LENGTH DREADS TO HIS NECK, MEDIUM MUSCULAR BUILD, APPROXIMATELY 5-11 TO 6-01 IN HEIGHT, 170-180 LBS. WEARING NO SHIRT, JEANS AND SNEAKERS. WHO WAS ARMED WITH A BLACK SEMIAUTOMATIC FIREARM.

SUBJECT 2 WAS DESCRIBED AS A BLACK MALE 18 TO 22 YEARS OF AGE HAVING SHORT HAIR, SKINNY BUILD, APPROXIMATELY 5-08 TO 5-10 IN HEIGHT, 140-150 LBS. WEARING NO SHIRT, JEANS AND SNEAKERS.

VICTIM SAID AT FIRST THE SUBJECTS ENGAGED IN CASUAL CONVERSATION BUT AS THE VICTIM BEGAN TO WALK AWAY, SUBJECT 1 PRODUCED THE FIREARM. THE SUBJECT RACKED THE SLIDE BACK ON THE FIREARM AS TO HAVE CHAMBERED A ROUND, POINTED IT AT THE VICTIM WHILE DEMANDING HIS PROPERTY. IN FEAR FOR HIS LIFE HE COMPLIED WITH THE SUBJECTS DEMANDS AND HANDED OVER HIS LISTED PROPERTY. AFTER THE PROPERTY WAS TAKEN THE SUBJECTS THEN DEMANDED THE VICTIM AT GUN POINT TO UNDRESS AND WALK TOWARD THE WATER, BUT THE VICTIM REFUSED. THE SUBJECTS THEN FLED RUNNING SOUTH BOUND ON THE BEACH. AT WHICH POINT THE VICTIM FLAGGED DOWN OFFICERS.

DURING THE COURSE OF THE INVESTIGATION DETECTIVES MONTESINOS #792, VILLAMIL #1003, SABATER #997 AND SGT TORRES #672 LOCATED TWO MORE SUBJECTS MATCHING THE DESCRIPTION GIVEN BY THE VICTIM AND DETAINED THEM AT THE PARKING GARAGE OF 210 7TH STREET, PENDING FURTHER INVESTIGATION. SGT SAYEGH #783, OFFICER VILLA #974 AND OFFICER TAYLOR #1109 RESPONDED TO ASSIST.

DETECTIVE ROMERO #952 AND LANIER #676 RESPONDED TO COMPLETE INTERVIEWS.

THE INVESTIGATION REVEALED THE DEFENDANTS CONSPIRED TO COMMIT AN ARMED ROBBERY. DEFENDANT BAIN WAS ARMED WITH AN AUTO PISTOL AND ALL THE DEFENDANTS WALKED FROM OCEAN DRIVE TO THE BEACH (SAND) TO FIND A VICTIM TO ROB. DEFENDANTS BAIN AND ALLEN APPROACHED THE TWO VICTIMS WHILE DEFENDANT MORILLO STAYED BACK SLIGHTLY AND ACTED AS A LOOKOUT. DEFENDANT BAIN POINTED A LOADED FIREARM AT THE VICTIMS AND DEMANDED PROPERTY FROM THEM AND ORDERED THEM TO WALK TOWARDS THE WATER. AFTER TAKING ITEMS FROM THE VICTIMS THEY ALL FLED ON FOOT.

POST MIRANDA, DEFENDANTS MORILLO AND ALLEN PROVIDED TAPED CONFESSIONS ADMITTING TO ABOVE ACTIONS. DEFENDANT BAIN WAS IDENTIFIED BY THE VICTIM AS THE GUNMAN, WHICH IS CONSISTENT WITH THE STATEMENTS... [Continued on Next Page]

| HOLD FOR OTHER AGENCY VERIFIED BY | ☐ HOLD FOR BOND HEARING, DO NOT BOND<br>OUT (Officer Must Appear at Bond Hearing) | ☐ I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning this time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile notify Juvenile Division) anytime that my address changes. |
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 29 DAY OF MARCH, 2016 | ☐ You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| *Robert Montesinos* | *M Torres* | |
| MONTESINOS, R: Court ID: 002-00792 | TORRES, M: Court ID: 002-00672 | |

COMPLAINT/ARREST AFFIDAVIT CONT.



MIAMIBEACH
**POLICE**

**OFFENSE INCIDENT
CASE REPORT SUMMARY**
1100 WASHINGTON AVE
MIAMI BEACH, FL 33139

CASE# **2016-00028538**

---

## NARRATIVE

WHILE WORKING THE SPRING BREAK CONTINGENCY IN AREA OF THE 900 BLOCK OF OCEAN DRIVE THE OCEAN DRIVE SQUAD COMPRISED OF MYSELF, SERGEANT J. REINA #755, OFFICER D. ALVAREZ #1102, J. DOMINGUEZ #1113, E. ABAY #1111, R. PIMENTEL #1061, O. LOPEZ #1091, A. CASTRO #1053 WERE FLAGGED DOWN BY VICTIM #1 WHO CAME RUNNING TOWARD OFFICERS SCREAMING THAT HE HAD JUST BEEN ROBBED AT GUN POINT BY TWO BLACK MALES. HE PROVIDED A BRIEF DESCRIPTION OF LISTED SUBJECT'S AND THAT HE LAST SAW THEM RUNNING SOUTH BOUND FROM 9TH STREET. I RELAYED THE INFORMATION OVER POLICE RADIO.

OFFICERS IMMEDIATELY SATURATED THE AREA. SERGEANT REINA WAS FLAGGED DOWN BY A WITNESS WHO WISHED TO REMAIN ANONYMOUS AT 8TH STREET AND OCEAN DRIVE. THE WITNESS POINTED OUT A BLACK MALE WHO MATCHED THE DESCRIPTION GIVEN BY THE VICTIM AND STATED SHE OBSERVED HIM RUNNING FROM THE BEACH. HE WAS DETAINED AT 8TH STREET AND COLLINS AVENUE BY OFFICER D. ALVAREZ #1102 AND E. GAVALLAS #1084, PENDING FURTHER INVESTIGATION.

VICTIM #1 STATED THAT HE WAS ON THE BEACH IN THE AREA OF 10TH STREET WITH HIS FRIEND VICTIM #2 WHEN THEY WERE APPROACHED BY TWO BLACK MALES. HE DESCRIBED SUBJECT 1 AS A BLACK MALE 20 TO 25 YEARS OF AGE HAVING MEDIUM LENGTH DREADS TO HIS NECK, MEDIUM MUSCULAR BUILD, APPROXIMATELY 5-11 TO 6-01 IN HEIGHT, 170-180 LBS. WEARING NO SHIRT, JEANS AND SNEAKERS. WHO WAS ARMED WITH A BLACK SEMIAUTOMATIC FIREARM.

SUBJECT 2 WAS DESCRIBED AS A BLACK MALE 18 TO 22 YEARS OF AGE HAVING SHORT HAIR, SKINNY BUILD, APPROXIMATELY 5-08 TO 5-10 IN HEIGHT, 140-150 LBS. WEARING NO SHIRT, JEANS AND SNEAKERS.

VICTIM SAID AT FIRST THE SUBJECTS ENGAGED IN CASUAL CONVERSATION BUT AS THE VICTIM BEGAN TO WALK AWAY SUBJECT 1 PRODUCED THE FIREARM. THE SUBJECT RACKED THE SLIDE BACK ON THE FIREARM AS TO HAVE CHAMBERED A ROUND, POINTED IT AT THE VICTIM WHILE DEMANDING HIS PROPERTY. IN FEAR FOR HIS LIFE HE COMPLIED WITH THE SUBJECTS DEMANDS AND HANDED OVER HIS LISTED PROPERTY. AFTER THE PROPERTY WAS TAKEN THE SUBJECTS THEN DEMANDED THE VICTIM AT GUN POINT TO UNDRESS AND WALK TOWARD THE WATER, BUT THE VICTIM REFUSED. THE SUBJECTS THEN FLED RUNNING SOUTH BOUND ON THE BEACH. AT WHICH POINT THE VICTIM FLAGGED DOWN OFFICERS.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1116 Aiken | 03/29/2016 | 783 Sayegh |

Case 2015-00028538 Page 5 OF 6

✱ SEBASTIAN MORILLO (co-D) is said to be 22 yrs old 6'1, 180 pounds, hair med. photo shows its short. Matching Subject 1 body type

✱ I, am matching Subject 2 body description (see Affidavits) Big difference! Subject 1 was said to have carried firearm. on A-form weapon was seized from Sebastian Morillo



| MIAMIBEACH POLICE | OFFENSE INCIDENT CASE REPORT SUMMARY 1100 WASHINGTON AVE MIAMI BEACH, FL 33139 | CASE# 2016-00028538 |

| NARRATIVE (continuation) |

DURING THE COURSE OF THE INVESTIGATION DETECTIVES MONTESINOS #792, VILLAMIL #1003, SABATER #997 AND SGT TORRES #672 LOCATED TWO MORE SUBJECTS MATCHING THE DESCRIPTION GIVEN BY THE VICTIM AND DETAINED AT THE PARKING GARAGE OF 210 7TH STREET, PENDING FURTHER INVESTIGATION. SGT SAYEGH #783, OFFICER VILLA #974 AND OFFICER TAYLOR #1109.

DETECTIVE ROMERO #952 AND LANIER #676 RESPONDED AND TOOK OVER THE INVESTIGATION.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1116 Aiken | 03/29/2016 | 783 Sayegh |

**IV.** STATEMENT OF CLAIM (1)

"ON or around MARCH 29 2016 I, FRANK BAIN WAS ARRESTED AND TAKEN into Custody by the MIAMI-BEACH Police DEP. It WAS Established in the Depositions of the two Arresting officers "Gustavo Villamill" and "Monesinos" that there was in FACT no Probable Cause to justify there actions for detention besides an impermissible hunch. IN Addition, THE MIAMI-BEACH Police DEP. Conducted A Show-up IDENTIFICATION involving the two alleged victims that were suggestive and gave rise to a Substantial likelihood of irreparable misidentification; Confirmed by the two alleged victims "Steven Boyle" and "Kelly Gragnon" in their Depo. I was then arrested for 5 counts of Armed Robbery & Conspiracy to Commit Robbery THE MIAMI-DADE Correctional Facility, AND THE STATE OF FLORIDA ATTORNEYS OFFICE HAS HELD ME AND Prosecuted ME With out the Rights to LAWfully Do So. I AM Also REQUESTING ASSISTANCE IN Filling AN FALSE IMPRISIONMENT CLAIM For having No Probable Cause.

(A) IN the Parking Garage of 210 7th street on miami Beach on March 29, 2016.

(C) March 29, 2016 at approximatly 3:29 am - 3:22 am according to CAD Report

I) I was sitting in the passanger side of a car with the door ajar when a police officer approces the car with guns drawn and forces me and my co-defendant "Adrian Allen" to the ground and takes our I.D. At the time of the altercation, there was no crime being commited and they had no knowledge of past, present of future criminal activity before making there illegal incounter. When i asked "is there a problem officer" villamil said "shut the fuck up, you look like a criminal

V. I was punched in my Abdomin (stomic) area several times and forced to the ground scraping my knees and chin

VI. I am requesting $10,000,000 for pain and suffering, Mental stress, anxiety, Depression, Defamation of Character, Mental abuse and torture, Claustiphobia, Pysological depression, Major depression, Mental illness, Parancia, PTSD, Fear and loss of dignity. Over 4 years of suffering.

**IV.** STATEMENT of CLAIM ②

AS A RESULT OF MY ILLEGAL DETENTION, I SUFFERED A TRAMATIC AND Troublesome slip and fall on MAY 5, 2019 Causing ~~Extreme~~ me EXTREME and SEVERE Neck, head, spinal, nerve and joint Damage. THE whole housing unit became flooded due to outside rain coming in from the windows and A/c VENT. AS I Came to the front of the cell to retreive my medication After the monitoring officer "Ms. Jackson" stated "Last call for meds.", I slipped and fell in a puddle of water. A Medical Emergency was called where I was placed on a stretcher and in a neck brace where I was administered outside of 6A4 to the Clinic. A further assessment was taken where i told them i hear a "loud ringing sound" and have "major headake". I also told them that "I Can't feel my right leg or move it." At That time I was Taken to The University of Miami Hospital by Ambulance.

\* All other officials involved will be attatched with records. There is video footage and inmate witnesses.

Ⓐ University of Miami Hospital on May 5, 2019

Ⓑ slip and fall happened at Miami-Dade Pre-Trial Detention Center

(C) May 5, 2019 approximatly 4:00-7:00Pm

- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

**IV.    Statement of Claim** #2

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

UNIVERSITY OF MIAMI HOSPITAL

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

MIAMI DADE PRE-TRIAL DETENTION CENTER

C.    What date and approximate time did the events giving rise to your claim(s) occur?

MAY 5, 2019 approximately Around 4:00 - 7:00 Pm

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

I slifed on my neck and upper back hiting my head on the Concret floor from water pouring into the cell from outside rain. officer Jackson, all imates and the camera saw whole Event

It Cause me to go unConcious in and out, where
i went to the University of Miami Hospital

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

I Sustained major neck and back injuries, resolting in muscle spasims,
Sharp pains in neck and back, muscle cramps, spinal damage,
major nerve damages and extream jaapnes I recieved a CAT
Scan, EKGS, IVS, muscle relaxers, pain pills, muscle rubs,
Double mattres passes and low bunk passes, including
a special Sandle pass.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any
cases or statutes.  If requesting money damages, include the amounts of any actual damages
and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want $10,000,000 and for the Courts to
release me immediatly this relief is also
tied to Claim #1 for a total of $10,000,000
(additional statements made on a
Seperate sheet of paper)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be
dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑     Yes

☐     No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MIAMI - DADE PRE-TRIAL DETENTION CENTER

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑     Yes

☐     No

☐     Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑     Yes

☐     No

☐     Do not know

If yes, which claim(s)?

THE Slip and fall Claim. (Claim #2)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑     Yes

☐     No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   AT The Miami-Dade Pre-Trial Detention Center 1321 NW 13th Street miami, FL 33125

2. What did you claim in your grievance?

   I Claimed injuries I Sustained there from my slip and fell.

3. What was the result, if any?

   They gave me lots of pain meds, a low Bunk Pass, a double mat Pass and a special Sandle Pass to assist me walking. I was also wheelchaired 2 days

4. What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I went to the clinic and the Docti more times then i can count and still have had no relief from my ongoing injuries. The Process is not complete because pain is still ongoing.

F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I had a CAT Scan done on me and multiple EKG's

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☐    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐    Yes

        ☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)  _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐    Yes

        ☐    No

        If no, give the approximate date of disposition.  _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☐    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.      Docket or index number

_____

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐    Yes

☐    No

11

If no, give the approximate date of disposition. _____

7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  April 24, 2020

Signature of Plaintiff  _Frank W. Bain_

Printed Name of Plaintiff  FRANK W. BAIN

Prison Identification #  160133065

Prison Address  1321 NW 13TH Street

Miami            Florida        33185

City                 State             Zip Code

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

12

Address            _____

Telephone Number   _____

E-mail Address     _____

Frank W. Bain
1321 NW 13th Street
The Batman 1.25
MIAMI FL NW 13 Street
JAIL # MIAMI FL 33128




UNITED STATES DISTRICT
COURT

Southern District of Florida
Office of the Clerk - Room 8N09

400 North Miami Avenue
Miami, Florida 33128-7716

LEGAL
MAIL


U.S.M.S. INSPECTED