UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-22027-Civ-COOKE/REID**

FRANK WINDFIELD BAIN,

    Plaintiff,

v.

MIAMI BEACH POLICE DEPT., *et al.*,

    Defendants.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. 2.  On June 9, 2020, Plaintiff filed an Amended Complaint pursuant to 42 U.S.C. § 1983.  ECF No. 7.  On August 25, 2020, Judge Reid issued a Report and Recommendation of Magistrate Judge, recommending the Court dismiss without prejudice Plaintiff's federal claims for injunctive relief under the *Younger* Abstention Doctrine and dismiss Plaintiff's federal claims for monetary damages against the Defendants for failure to state a claim. ECF No. 14. Plaintiff did not file objections to Judge Reid's Report, and the time to do so has passed.

Having considered Judge Reid's Report, the Amended Complaint, and the relevant legal authorities, the Court finds Judge Reid's Report clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that Judge Reid's Report of Magistrate Judge (ECF No. 14) is **ADOPTED**.  The Amended Complaint (ECF No. 7) is **DISMISSED** without prejudice. The Clerk shall **CLOSE** this case.  All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 16th day of September 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Frank Windfield Bain*, *pro se*